UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONE MURPHY,

    Petitioner,

  v.

JOSEPH W. MOSS,

    Respondent.

No. 2:19-cv-1808 JAM KJN P

ORDER

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 30, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 30, 2020, are adopted in full;

2. Respondent's motion to dismiss (ECF No. 14) is granted;

3. Petitioner's motion for stay (ECF No. 19) is denied; and

4. Petitioner is granted thirty days in which to file an amended petition raising only exhausted claims.

DATED: June 30, 2020

                                         /s/ John A. Mendez_____
                                         UNITED STATES DISTRICT COURT JUDGE