UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE MURPHY,<br><br>  Petitioner,<br><br>  v.<br><br>JOSEPH W. MOSS,<br><br>  Respondent. | No.  2:19-cv-1808 JAM KJN P<br><br><br>FINDINGS AND RECOMMENDATIONS |

  By order filed July 1, 2020, respondent's motion to dismiss petitioner's habeas application was granted, and petitioner was granted thirty days' leave to file an amended petition raising only exhausted claims.  The thirty-day period has now expired, and petitioner has not responded to the court's order.

  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

  These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the

/////

1

specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  September 14, 2020

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

murp1808.fta.hab